12/15/09 Receipt #
11089041
$8.64

## BRICK, BRICK AND ELMER, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY

PHONE (716) 693-2335
FAX (716) 693-4972

ANTHONY W. BRICK, JR.
(1909–1991)

THOMAS R. ELMER
(1945 – 2004)

December 14, 2009

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Part 1 Courtroom, 2nd Floor
Buffalo, NY 14202-2501

Re: Bedford, Christine M.
Case No.: 07-00831 MJK

Dear Sir or Madam:

Enclosed please find a check payable to the U.S. Bankruptcy Court in the amount of $8.64 representing the total of funds paid to creditors under $5 in the above listed case. A copy of the letter to the creditor is enclosed regarding the account and amount owed for your records.

If you should have any questions, please feel free to call. Thank you for your time and attention to this matter.

Very truly yours,

BRICK, BRICK AND ELMER, P.C.

Daniel E. Brick

Daniel E. Brick

DEB:tac
Enclosures

FILED
DEC 15 2009
BANKRUPTCY COURT
BUFFALO, N.Y.

*12/15/09 Receipt #
11089041
$8.64*

## BRICK, BRICK AND ELMER, P.C.
ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY

ANTHONY W. BRICK, JR.
(1909–1991)

THOMAS R. ELMER
(1945–2004)

December 11, 2009

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701

Re: BEDFORD, CHRISTINE M.
    Case No.: 07-00831 MJK

Ladies and Gentlemen:

Enclosed please find a check in the amount of $4.26 representing approximately 1.56% of your claim in the above listed bankruptcy case.

Thank you for your consideration.

Very truly yours,

BRICK, BRICK & ELMER, P.C.

Daniel E. Brick
Trustee

DEB:tac
Enclosure


FILED DEC 15 2009 BANKRUPTCY COURT BUFFALO, N.Y.

12/15/09 Receipt #
11089041
$8.64

**BRICK, BRICK AND ELMER, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY

PHONE (716) 693-2335
FAX (716) 693-4972

ANTHONY W. BRICK, JR.
(1909–1991)

THOMAS R. ELMER
(1945–2004)

December 11, 2009

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Re: BEDFORD, CHRISTINE M.
    Case No.: 07-00831 MJK

Ladies and Gentlemen:

Enclosed please find a check in the amount of $4.38 representing approximately 1.56% of your claim in the above listed bankruptcy case.

Thank you for your consideration.

Very truly yours,

BRICK, BRICK & ELMER, P.C.

Daniel E. Brick
Trustee

DEB:tac
Enclosure

FILED
DEC 15 2009
BANKRUPTCY COURT
BUFFALO, N.Y.